# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **SHANNON B. SCHMIDT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 11-6045-CV-SJ-GAF |
| ) | |
| **EDUARDO W. FERNANDEZ, M.D., and** ) | |
| **NORTHWEST HEALTH SERVICES, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that

    the Government's Motion to Dismiss for Lack of Subject-Matter Jurisdiction is GRANTED, and Plaintiff's Petition is DISMISSED.

October 6, 2011                  Ann Thompson
Date                                Clerk of Court

                                          /s/ Tracy L. Diefenbach
                                          (by) Deputy Clerk